

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,155-03

### IN RE JUAN FRANCISCO TURCIOS, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. F11-70896 & F11-70886 IN THE 203RD DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed applications for writs of habeas corpus in Dallas County and his applications have not been properly forwarded to this Court.

Respondent, the District Clerk of Dallas County, shall forward Relator's habeas applications to this Court, respond that Relator has not filed habeas applications in Dallas County, or forward copies of orders designating issues together with correspondence documenting the date the State received Relator's habeas applications. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c) and (d); TEX. R. APP. P. 73.4(b)(5). This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed: March 18, 2020
Do not publish